UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:25-CR-11-FL-2

UNITED STATES OF AMERICA            )
                                    )
            v.                      )               ORDER
                                    )
TERRILL MARCEL JORDAN,              )
                                    )
            Defendant.              )

This matter comes before the court *sua sponte* to continue the arraignment currently set for

May 13, 2026, due to the unavailability of defense counsel. Defendant's arraignment is hereby

continued to the **July 14, 2026** term of court. The court finds that, based on defense counsel's

unavailability, the ends of justice served by granting this continuance outweigh the best interests

of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay

necessitated by this continuance is excluded from the speedy trial computation pursuant to 18

U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the 7th day of May, 2026.

Robert B. Jones, Jr.,
United States Magistrate Judge